FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 27, 2017

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PATRICK HERMAN HORNUNG, | NO:  4:16-CV-5140-SMJ |
| Plaintiff, | |
| v. | **ORDER DISMISSING ACTION** |
| WASHINGTON STATE DEPARTMENT OF CORRECTIONS, | |
| Defendant. | |

By Order filed January 3, 2017, the Court instructed Plaintiff to submit a certified copy of his trust fund account statement (or institutional equivalent) for the six-months immediately preceding the filing of the complaint as required by 28 U.S.C. § 1915(a)(2). In the alternative, Plaintiff was instructed that he could pay the $400.00 fee ($350 filing fee and $50 administrative fee) to commence this action. ECF No. 5.

Documents sent by electronic means to Plaintiff at the Washington State Penitentiary on January 3, 2017, generated a notification that Plaintiff had been released into a work release in Bremerton, Washington. The documents were then

**ORDER DISMISSING ACTION** --1

1   mailed to Plaintiff. Plaintiff has not complied with the Court's directive and has

2   filed nothing further in this action.

3          The Court must assume that Plaintiff has chosen to abandon this litigation.

4   Therefore, **IT IS ORDERED** this action is **DISMISSED WITHOUT**

5   **PRJEUDICE** for failure to prosecute, pursuant to Federal Rule of Civil Procedure

6   41(b). *See, e.g.*, *Hickman v. Cty. of Butte*, 586 Fed. Appx. 296 (9th Cir. 2014)

7   (affirming the district court's dismissal without prejudice of plaintiff's action under

8   Rule 41(b) for failure to comply with a court order after plaintiff was warned that

9   such failure could result in dismissal) (citation permitted per 9th Cir. R. 36-3).

10          **IT IS SO ORDERED.** The Clerk's Office shall enter this Order, enter

11   judgment, forward a copy to Plaintiff at the Bremerton address provided, and close

12   the file.

13          **DATED** this 27th day of February 2017.

14

15   _____
     SALVADOR MENDOZA, JR.
     United States District Judge

16

17

18

19

20

**ORDER DISMISSING ACTION** --2